**Payments by [Turks & Caicos Entity] to Samuel Mebiame - Chad and Niger**

| Date | Currency | Amount | Exchange Rate | Amount (US$) | Payment Method | Form of Remuneration | Services provided by Mebiame |
|---|---|---|---|---|---|---|---|
| 6/5/2006 | USD | 30,000.00 | 1.0000 | 30,000.00 | Transfer into Mebiame's mother's USD account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 6/9/2006 | GBP | 3,453.04 | 1.8496 | 6,386.74 | Transfer into Mebiame's mother's GBP account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 8/3/2006 | USD | 4,954.45 | 1.0000 | 4,954.45 | Transfer into Mebiame's mother's USD account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 9/28/2006 | GBP | 4,285.24 | 1.8916 | 8,105.96 | Transfer into Mebiame's mother's GBP account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 10/31/2006 | USD | 100,015.00 | 1.0000 | 100,015.00 | Transfer into Mebiame's mother's USD account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 11/14/2006 | EUR | 5,025.00 | 1.2842 | 6,453.11 | Transfer into Mebiame's mother's EUR account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 11/28/2006 | GBP | 5,209.69 | 1.9379 | 10,095.86 | Transfer into Mebiame's mother's GBP account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 11/28/2006 | GBP | 5,178.66 | 1.9379 | 10,035.73 | Transfer into Mebiame's mother's GBP account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 11/29/2006 | USD | 5,890.61 | 1.0000 | 5,890.61 | Transfer into Mebiame's mother's USD account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 12/1/2006 | GBP | 3,417.64 | 1.9538 | 6,677.39 | Transfer into Mebiame's mother's GBP account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 2/28/2007 | USD | 3,435.25 | 1.0000 | 3,435.25 | Transfer into Mebiame's mother's USD account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 4/5/2007 | USD | 70,070.00 | 1.0000 | 70,070.00 | Transfer into Mebiame's mother's Citibank account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 4/30/2007 | USD | 100,100.00 | 1.0000 | 100,100.00 | Transfer into Mebiame's mother's Citibank account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 7/3/2007 | USD | 1,364,900.00 | 1.0000 | 1,364,900.00 | Direct purchase of house in Gabon | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 8/7/2007 | USD | 110,623.50 | 1.0000 | 110,623.50 | Bentley purchases | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 9/20/2007 | EUR | 50,000.00 | 1.3968 | 69,840.00 | Dubai hotel bill | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 9/27/2007 | EUR | 360,000.00 | 1.4133 | 508,788.00 | Mebiame account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 10/18/2007 | USD | 440,000.00 | 1.0000 | 440,000.00 | Mebiame account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 11/8/2007 | ZAR | 410,849.00 | 0.1541 | 63,311.83 | Travel | Reimbursement of business expenses | Reimbursement of expenses incurred whilst providing consultancy services to [Mining Company] |
| 1/8/2008 | EUR | 9,000.00 | 1.4713 | 13,241.70 | Travel Credit Card | Travel Expense | Reimbursement of expenses incurred whilst providing consultancy services to [Mining Company] |
| 7/23/2008 | USD | 7,950.00 | 1.0000 | 7,950.00 | Cash to Mebiame | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 3/3/2008 | USD | 10,000.00 | 1.0000 | 10,000.00 | Mebiame account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 12/15/2008 | USD | 48,720.14 | 1.0000 | 48,720.14 | Mebiame account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 7/13/2007 | ZAR | 2,482,598.00 | 0.1425 | 353,770.22 | Travel | Reimbursement of business expenses | Reimbursement of expenses incurred whilst providing consultancy services to [Mining Company] |
| 4/1/2009 | USD | 5,000.00 | 1.0000 | 5,000.00 | Mebiame account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 5/1/2009 | USD | 5,000.00 | 1.0000 | 5,000.00 | Mebiame account | Consultancy fee | Remuneration for consultancy services to [Mining Company] |
| 11/1/2007 | ZAR | 530,693.00 | 0.1525 | 80,930.68 | Payment of mobile phone bill | Reimbursement of business expenses | Reimbursement of expenses incurred whilst providing consultancy services to [Mining Company] |

**Total**     **3,444,296.15**

**Summary by Currency:**

| | | | Summary by type of payment (USD): | |
|---|---|---|---|---|
| USD | 2,306,658.95 | | Consultancy Fee | 2,933,041.73 |
| EUR | 424,025.00 | | Reimbursement of business expenses | 498,012.73 |
| GBP | 21,544.27 | | Travel expense | 13,241.70 |
| ZAR | 3,424,140.00 | | **Total** | **3,444,296.15** |

**Summary by Currency and type of payment**

| *Consultancy Fee* | | *Reimbursement of business expenses* | |
|---|---|---|---|
| USD | 2,306,658.95 | USD | - |
| EUR | 415,025.00 | EUR | - |
| GBP | 21,544.27 | GBP | - |
| ZAR | - | ZAR | 3,424,140.00 |

*Travel expense*

| | |
|---|---|
| USD | - |
| EUR | 9,000.00 |
| GBP | - |
| ZAR | - |

*Note: Where payments are made over several dates, the earliest date has been adopted for exchange rate purposes*