**Payments by [Turks & Caicos Entity] to Samuel Mebiame - Guinea**

| Date | Currency | Amount | Exchange Rate | Amount (US$) | Payment Method | Form of Remuneration | Services provided by Mebiame | |
|---|---|---|---|---|---|---|---|---|
| 2/10/2011 | ZAR | 895,200.00 | 0.1386 | 124,074.72 | House rental | House rental | Gift for Mebiame's mother | *Excluded from calculations* |
| 4/20/2011 | EUR | 25,000.00 | 1.4270 | 35,675.00 | Simplicity Account | Euro bank transfer | Fees for consultancy work in Guinea | |
| 4/21/2011 | EUR | 10,000.00 | 1.4447 | 14,447.00 | Simplicity Account | Euro bank transfer | Fees for consultancy work in Guinea | |
| 4/28/2011 | USD | 73,792.48 | 1.0000 | 73,792.48 | Becton Enterprises | USD bank transfer | Refund of expenses | |
| 5/12/2011 | USD | 250,000.00 | 1.0000 | 250,000.00 | Simplicity Account | USD bank transfer | Fees for consultancy work in Guinea | |
| 5/12/2011 | USD | 134,763.79 | 1.0000 | 134,763.79 | Purchase of Stereo | Direct purchase | Fees for consultancy work in Guinea | |
| 6/6/2011 | USD | 500,000.00 | 1.0000 | 500,000.00 | Simplicity Account | USD bank transfer | Fees for consultancy work in Guinea | |
| 7/4/2011 | USD | 250,000.00 | 1.0000 | 250,000.00 | Simplicity Account | USD bank transfer | Fees for consultancy work in Guinea | |
| 7/22/2011 | USD | 1,291,500.00 | 1.0000 | 1,291,500.00 | Equamarine Inc | USD bank transfer | Fees for consultancy work in Guinea | |
| 9/28/2011 | USD | 20,000.00 | 1.0000 | 20,000.00 | S Mebiame | Not known | Fees for consultancy work in Guinea | |
| 11/1/2011 | USD | 13,000.00 | 1.0000 | 13,000.00 | S Mebiame | Cash | Fees for consultancy work in Guinea | |
| 3/15/2012 | USD | 60,000.00 | 1.0000 | 60,000.00 | SCI Geo LLC | USD bank transfer | Fees for consultancy work in Guinea | |
| 4/18/2012 | USD | 50,000.00 | 1.0000 | 50,000.00 | SCI Geo LLC | USD bank transfer | Fees for consultancy work in Guinea | |
| 5/7/2012 | USD | 22,115.16 | 1.0000 | 22,115.16 | Mebiame | Apartment costs | Fees for consultancy work in Guinea | |
| 5/23/2012 | USD | 100,000.00 | 1.0000 | 100,000.00 | SCI Geo LLC | USD bank transfer | Fees for consultancy work in Guinea | |
| 7/20/2012 | USD | 25,000.00 | 1.0000 | 25,000.00 | SCI Geo LLC | USD bank transfer | Fees for consultancy work in Guinea | |
| 8/18/2012 | USD | 20,000.00 | 1.0000 | 20,000.00 | SCI Geo LLC | USD bank transfer | Fees for consultancy work in Guinea | |
| 8/18/2012 | ZAR | 6,097,033.07 | 0.1208 | 736,521.59 | Unstated | Unstated | Guinea Travel | |

**Total**     3,596,815.02

**Summary by currency:**

| | | |
|---|---|---|
| | USD | 2,810,171.43 |
| | EUR | 35,000.00 |
| | ZAR | 6,097,033.07 |

*Note: Where payments are made over several dates, the earliest date has been adopted for exchange rate purposes*
*Note: The last ZAR payment is undated. For the purpose of USD equivalent calculation, we have dated the transaction 18/08/2012*